UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEBASTIAN GONZALEZ,<br><br>                Plaintiff,<br>   v.<br><br>BRUCE DAMMEIER, et al.,<br><br>               Defendants. | CASE NO. C18-5895RJB<br><br>ORDER ADOPTING REPORT AND RECOMMDATIONS AND DISMISSING CASE IN PART AND REMANDING CASE IN PART |

THIS MATTER comes before the court on two Reports and Recommendations of Magistrate Judge Theresa L. Fricke. The first Report and Recommendation is Docket Number 21, and the second is Docket Number 22. No objections have been filed to either Report and Recommendation. For the reasons stated in the Reports and Recommendations, the court now makes the following orders:

    1. The court accepts and adopts both Reports and Recommendations (Dkts. 21 and 22).

    2. All federal claims in the Amended Complaint (Dkt. 13) (Claims 1, 2, 3, 4 and the portion of Claim 6 alleging violations of the ADA) are hereby DISMISSED WITH

PREJUDICE for failure to state a claim based on the expiration of the statute of limitations.

3. This court declines jurisdiction over all state claims in the Amended Complaint (Dkt. 13) (Claims 5, 7, 8, 9, 10, 11 and the portion of Claim 6 alleging a violation of RCW 49.60) and those state claims are hereby REMANDED to the Superior Court of the State of Washington in and for Pierce County, Washington, based on 28 U.S.C. § 1367(c)(3).

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address, and to Magistrate Judge Theresa L. Fricke.

Dated this 20th day of May, 2019.

ROBERT J. BRYAN
United States District Judge